O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RUSLAN ADAMOV,

             Petitioner,

     v.

ERNESTO SANTACRUZ, JR., et al.

             Respondent.

Case No. 2:26-cv-00120-CAS-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which respondent has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the First Amended Petition; (2) respondents shall provide petitioner with a new bond hearing at which petitioner's counsel is afforded an opportunity to be heard prior to any ruling on whether petitioner is entitled to release on bond, and at which respondents have the burden to prove, by clear and convincing evidence before a neutral decisionmaker, that petitioner presents a flight risk or danger to the community; and (3) respondents shall file

a status report no later than seven court days from the date of this Order regarding their compliance with this Order.

Dated: <u>May 12, 2026</u>

_Christine A. Snyder_

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE