JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RUSLAN ADAMOV,

    Petitioner,

   v.

ERNESTO SANTACRUZ, JR., et al.,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:26-cv-00120-CAS-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is granted.

Dated: May 12, 2026

*Christine A. Snyde*

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE